**Alberto AVILA–VILLANUEVA,
Petitioner,**

v.

**John ASHCROFT, Attorney General;
Tom Ridge, Secretary, Dept. of Home-
land Security; Bureau of Custom &
Immigration Enforcement, Respon-
dents.**

No. 03–9593.

United States Court of Appeals,
Tenth Circuit.

Oct. 28, 2003.

Hakeem Ishola, Ishola & Associates,
P.C., Salt Lake City, UT, for Petitioner.

Allen W. Hausman, James A. Hunolt,
Washington, DC, for Respondents.

Before EBEL, HENRY, and MURPHY,
Circuit Judges.

### ORDER AND JUDGMENT*

PER CURIAM.

Petitioner Alberto Avila–Villanueva
seeks review under 8 U.S.C. § 1252 of a
Notice of Intent to Issue a Final Admin-
istrative Removal Order issued by the
Bureau of Custom and Immigration En-
forcement (BICE) on September 19, 2003.
Petitioner also seeks a stay of removal
pending our review of his petition. Re-
spondent John Ashcroft contends that we
have no jurisdiction over the petition for
review because the agency has not yet
issued a final order of removal.

* This order and judgment is not binding prece-
dent, except under the doctrines of law of the
case, res judicata, and collateral estoppel.
The court generally disfavors the citation of

By statute, we have jurisdiction to re-
view final orders of removal, with some
limitations. *See* 8 U.S.C. § 1252(a). By
its very terms, however, the Notice that
was issued to petitioner on September 19
is not a final order of removal. We, there-
fore, have no jurisdiction to review it.
Likewise, there is no basis for our grant-
ing petitioner a stay of removal in the
absence of a final order of removal.

Accordingly, the petition for review is
DISMISSED for lack of jurisdiction and
the motion for stay of removal is DE-
NIED.

orders and judgments; nevertheless, an order
and judgment may be cited under the terms
and conditions of 10th Cir. R. 36.3.